UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF        )<br>INFORMATION ASSOCIATED WITH THE    )<br>RESIDENCE AT 115 WEST LOUDON AVE,  )<br>#H41, LEXINGTON, KY 40508                      ) | Magistrate Judge's No. 5:24-MJ-5177-MAS |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A SEARCH AND SEIZURE WARRANT

I, Isaac Robison, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.   I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search:

   a.   The premises known as **115 W Loudon Ave, #H41, LEXINGTON, KY, 40508,** hereinafter "PREMISES," further described in Attachment A, for the things described in Attachment B.

2.   I am a Special Agent with the Federal Bureau of Investigation (hereafter FBI) and have been since May 2019.  As such, I am a federal law enforcement officer authorized to investigate violations of federal law and to apply for and execute warrants and orders issued under the authority of the United States.  I have attended basic training regarding all FBI investigations, to include human trafficking, located at the FBI Academy at Quantico, Virginia.  My current assignment is to investigate federal crimes ranging from violent crime and drug trafficking including violations such as Human Trafficking in the Louisville Division of the FBI,

Lexington Resident Agency. As a federal law enforcement officer, I am authorized to execute search and seizure warrants issued under Rule 41 of the Federal Rules of Criminal Procedure.

## STATUTORY AUTHORITY

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. This affidavit concerns alleged violations of 18 U.S.C. § 1589 which criminalizes the act of labor trafficking and 8 U.S.C. § 1324, which criminalizes bringing in and harboring certain aliens.

a. 18 U.S.C. § 1589 states that a person commits labor trafficking if he or she "knowingly provides or obtains the labor or services of a person by any one of, or by any combination of, the following means:  1)  by means of force, threats of force, physical restraint, or threats or physical restraint to that person or another person; 2)  by means of serious harm or threats of serious harm to that person or another person; 3) by means of the abuse or threatened abuse of law or legal process; or 4) by means of any scheme, plan, or pattern intended to cause the person to believe that, if the person does not perform such labor or services, that person or another person would suffer serious harm or physical restraint.".

b.  8 U.S.C. § 1324 states that a person is guilty of  bringing in and harboring certain aliens when he or she "knowing that a person is an alien, brings to or attempts to bring to the United States in any manner whatsoever such person at a place other than a designated port of

2

entry or place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, or reside in the United States, and regardless of any future official action which may be taken with respect to such alien; ii) knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law; iii) knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or means of transportation; iv) encourages or induces an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of the law; or v) (I) engages in any conspiracy to commit any of the preceding acts, or (II) aids or abets the commission of any of the preceding acts."

    4. There is probable cause to believe the above-listed offenses have been committed by SERAFIN BAYONA, and there is also probable cause to believe that the location described in Attachment A will constitute evidence of these criminal violations.

    5. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court

of the United States that has jurisdiction over the offense being investigated; see 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. Your affiant is conducting an investigation into alleged labor trafficking and alien harboring by subject Serafin BAYONA and other co-conspirators. During this investigation, your affiant also developed probable cause to believe that subject BAYONA, an alien not legally in the United States, is illegally in possession of firearms. According to Homeland Security Investigations, since 2005, BAYONA has repeatedly entered the United States without inspection and has either voluntarily returned to Mexico upon being apprehended at the border or removed after being found within the United States without admission at least eight (8) times.  Two (2) of those times he was issued a Reinstatement of Prior Removal Orders (DHS Form I-871) under section 241(a)(5) of the Immigration and Nationality Act (INA).  In accordance with the provisions of section 212(a)(9) of the INA, on February 27, 2014, BAYONA was issued a Warning to Alien Ordered Removed or Deported (DHS Form 294).  This prohibited BAYONA from entering, attempting to enter, or being in the United States for a period of 20 years from the date of departure/removal from the United States because, after having been previously excluded, deported, or removed from the United States, he was found to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the INA.

7. On May 5, 2022, the Lexington Police Department was dispatched to speak with Confidential Witness #1 (CW1) regarding a potential domestic violence situation. CW1 told Police she had been in a romantic relationship with a Serafin BAYONA, but ended that relationship in December 2021. CW1 knew BAYONA because he assisted her and others in entering the U.S. from Mexico and in finding jobs upon arrival in Kentucky. CW1 ended her romantic relationship and sought a protective order

4

against BAYONA because he had assaulted her on multiple occasions. CW1 advised that she lived at the 2837 Hanna Pl, Lexington, KY along with 4 other people. She stated that BAYONA had helped many people come into the U.S. from Mexico and obtain work in Kentucky and had provided them transportation to work. CW1 recalled on May 4, 2022, BAYONA provided her and others a ride home from work, but when they arrived he would not allow her to leave the vehicle and grabbed her by the throat. Only when CW1 threatened to call police did BAYONA allow CW1 to leave. On July 2, 2022, Lexington Police Department was dispatched in reference to a separate assault of CW1. CW1 told officers she had been assaulted by BAYONA the previous night, but failed to report the assault earlier due to fear of BAYONA. On this date CW1 advised Police she was originally from Mexico, and she paid BAYONA $10,000 for him to smuggle her across the U.S. border and then to Lexington, KY. CW1 stated BAYONA may be part of a cartel and smuggles illegal immigrants across the U.S./Mexican border into the United States. Prior reports listed BAYONA as CW1's boyfriend but she stated that is no longer true.

8. On June 8, 2023, your affiant and other law enforcement officers interviewed Confidential Witness #2 (CW2) regarding information about BAYONA that CW2 provided to Kentucky Refugee Ministries (KRM). CW2 stated she was from Mexico and came to the United States (U.S.) in January 2023, followed shortly thereafter by her brother. CW2 and her brother were assisted in getting into the US by an individual known to her as Serafin BAYONA. CW2 was introduced to BAYONA by a friend and her aunt and uncle set up the deal for her to come to the U.S. through BAYONA. CW2 stated that every individual signs a contract with BAYONA to use his services, which she signed through her mother. BAYONA charged CW2 250,000 pesos to cross the U.S. border illegally and then receive transport to Kentucky for work opportunities. CW2 stated the journey across the border and her eventual arrival in Kentucky took a total of 15 days. She initially crossed from Sonora, a state in

5

Mexico, into Phoenix, AZ, where she stayed for a week, and then slowly made her way to Kentucky. CW2 was provided a key word she was to provide in case she was stopped by US border patrol or by the cartels. The key word was to ensure that U.S. authorities and cartel members would know that she went through BAYONA to secure passage. CW2 believed that BAYONA had connections to the Mexican Mafia and the cartels which was how he secured passage for people across the border. BAYONA charged CW2 an additional 120,000 pesos in other fees and interest for the border crossing for a total fee of 370,000 pesos. Upon arrival in Kentucky, BAYONA charged her an additional fee of $1000 USD to secure a factory job and charged others $800 USD for a roofing job.

9. At the time of the interview CW2 lived at 2837 Hanna Pl, Lexington, KY. CW2 stated 13 other people also lived in the residence. According to CW2, BAYONA has multiple houses in Lexington, including a trailer near Alexandria Dr in Lexington, where he houses undocumented individuals he has assisted in coming to the United States. According to CW2 there were 34 other people in Lexington who had contracts with BAYONA to help them come to the United States from other countries without authority and without the proper documentation. CW2 now resides at another nearby residence and continues to pay BAYONA debts/fees.

10. After arriving in Lexington, CW2 initially worked at an Orbis Factory in Georgetown, KY, and BAYONA would receive her paycheck directly from the factory. Currently, CW2 works at Montaplast factory in Frankfort, KY and she picks up her checks herself because Montaplast does not allow BAYONA to take her check. CW2 states she then must give BAYONA her check for cashing. According to CW2, BAYONA also gathers checks from everyone who has a contract with him on Fridays and cashes them at 1804 Alexandria Dr in Lexington. BAYONA charges everyone a 2% fee for cashing their checks.

11. BAYONA charges many of the people under contracts weekly and monthly fees in addition to expecting them to repay their debt incurred for crossing the U.S. border. CW2 stated she has been able to keep very little of the money she has made from her job due to the fees charged by BAYONA and has not been able to send any of the money to Mexico for her children. CW2 stated all her money at the time went to the fees and she couldn't repay any of her debt, and she spoke with others who told her they have been under contract with BAYONA over a year and haven't paid any of their debt principal back. At the time of the interview, CW2 paid fees that included $100 a week for food, $500 a month for rent, $370 a month for transportation, and $120 a month for cleaning of the houses (although CW2 and the others do the cleaning). CW2 said that BAYONA maintains two notebooks with the debt information for each individual under contract with him. BAYONA had a large notebook for everyone's overall outstanding debt and another small notebook to track fees. BAYONA kept the notebooks with him most of the time, but also left them in his vehicle or at home. BAYONA collected fees and debt money on Fridays and Saturdays.

12. CW2 was told initially that she would be cleaning houses for work when she came to the U.S. When CW2 arrived in Kentucky and met BAYONA, BAYONA wanted her to become his "girlfriend" and live with him at 330 Santa Fe Ct, Lexington, KY, but CW2 refused. BAYONA lives at 330 Santa Fe Ct with his girlfriend, children, and four other men. BAYONA has a girlfriend with whom he had children, but BAYONA made several sexual advances towards CW2. CW2 recalled on one occasion shortly after she arrived in Kentucky, BAYONA entered her room after she got home from work and attempted to have forced sex with her. CW2 refused to have sex with BAYONA and told him to leave her room, which he did. Since the time of her refusal BAYONA made several more attempts to hug or flirt with CW2 which she did not like or solicit. CW2 advised there was another woman who came to Kentucky around the same time she did which BAYONA successfully recruited

to live with him and be another "girlfriend" for him. The mother of BAYONA's children believed that CW2 was attempting to have a romantic relationship with BAYONA and physically assaulted CW2 on at least one occasion.

13. According to CW2, BAYONA does not want anyone under contract with him to leave without paying off their debt. CW2 mentioned to BAYONA she wanted to leave and return to Mexico and he told her if she left he would send people to kill her mother in Mexico. CW2 believed BAYONA was connected to the Mexican Mafia and the cartel in Mexico and would use these connections to hurt her family if she or others tried to leave.

14. During this point in the investigation (July-September 2023 timeframe) BAYONA owned several vehicles, but primarily drove a white Chevrolet Malibu, KY plate DOS142, registered to BAYONA, and believed to be the same Malibu identified by CW2 as the car BAYONA used to transport her to work. Law enforcement conducted physical surveillance on July 7, 2023, on the Malibu. At approximately 5:15 am, BAYONA arrived at 2837 Hanna Pl, the location identified by CW2 as her residence at the time and the residence of multiple people under contract with BAYONA. BAYONA eventually parked and entered the residence where he stayed for 30 minutes before moving his vehicle to the street. An unknown female exited the residence, left in another vehicle parked in the driveway, then BAYONA returned his vehicle to the driveway, and entered the residence. BAYONA stayed briefly inside before leaving Hanna Pl and returning a few minutes later.

15. BAYONA did not stay long at Hanna Pl before leaving again and driving to 330 Santa Fe Ct, Lexington, KY, another residence identified by CW2. BAYONA was seen with two other young Hispanic males with garbage bags outside of 330 Santa Fe Ct. The two unknown males entered a work truck parked near the residence and BAYONA returned to 2837 Hanna Pl. After approximately 30 minutes, BAYONA again returned to Santa Fe Ct briefly before returning to Hanna Pl and entering

8

2837 Hanna Pl with another unknown Hispanic male. While at 2837 Hanna Pl, BAYONA returned to the white Chevrolet Malibu and retrieved a few items from the back passenger portion of the vehicle, one of the items appeared to be a notebook. BAYONA took the items to the front driver seat and appeared to look through the notebook along with other paper documents.

16. At 7:48 am that same morning, two unknown Hispanic males exited 2837 Hanna Pl, one of which was the same Hispanic male who arrived with BAYONA and loaded trash bags into the trunk of the white Chevrolet Malibu. Both unknown males entered the vehicle and left with BAYONA. BAYONA drove the white Chevrolet Malibu to 1269 Ascot Park, Lexington, KY, where more trash bags were loaded into the vehicle, before returning to 330 Santa Fe Ct where some of the bags were unloaded. At 9:00 am, BAYONA drove to the Imperial Trailer Park, the PREMISES. BAYONA stayed until approximately 9:47 am before driving to a money transfer location at 1804 Alexandria Dr, Lexington, KY, identified by CW2 as the location where BAYONA cashed victim's checks.

17. BAYONA arrived at 1804 Alexandria Dr at approximately 10:05 am and parked the white Chevrolet Malibu near the entrance to the money transfer business. From time of arrival until 1:20 PM BAYONA moved his vehicle to a different spot in the general area 3 different times. Each time BAYONA parked in a new spot, he remained in the vehicle and no other person entered or exited the vehicle. Just prior to BAYONA's arrival at 1804 Alexandria Dr, Lexington Police Department traffic cameras were monitored and showed BAYONA, while stopped at a traffic light, sorting through papers consistent in size with checks or pay stubs. While BAYONA sat in his vehicle near 1804 Alexandria Dr, he could be seen looking at his phone.

18. On July 7, 2023, law enforcement interviewed CW2 for a second time. CW2 explained BAYONA's movements on the morning of July 7 were due to BAYONA trying to find four victims who ran away. CW2 stated BAYONA normally transports her to work in the morning but did not on

the morning of July 7 because of everything that was happening. CW2 was shown pictures of individuals seen with BAYONA loading trash bags into the white Chevrolet Malibu and CW2 identified them as victims of BAYONA in the same situation as herself. CW2 also stated that the only way she communicated with BAYONA was via WhatsApp, an app connected to telephone number 503-869-4625, the most current phone number known to be utilized by BAYONA.

19. On July 2, 2023, Lexington Police Department responded to the PREMISES (the same location referenced in surveillance on July 7) to speak with victim Confidential Witness #3 (CW3). CW3 told Lexington Police that he was threatened with a gun by Serafin BAYONA because he had not paid enough money towards his debt. CW3 told officers he was in debt to BAYONA because BAYONA helped him enter the U.S. illegally. During the report it was determined that Serafin BAYONA was the same individual identified in this investigation. The officer taking the report then contacted the FBI and a time was set to speak with CW3.

20. CW3 stated he was introduced to BAYONA through his brother-in-law to assist him in coming to the U.S. BAYONA charged $35,000 Pesos up front to cover the expenses for the trip then $250,000 Pesos for crossing into the U.S. Six months after arriving in the U.S., BAYONA would begin to charge interest on the original debts (normally about 10%). CW3 stated he left his home on April 2, 2023, and arrived in Lexington, KY either April 20th or 21st, 2023. Once he left home he was to meet people in Mexico City where they would then enter the U.S. without inspection across the border at Naco, Sonora, utilizing a password. Without the password, no one was able to cross into the U.S. with the others contracted with BAYONA. After crossing, they were housed in a trailer park in Arizona until the next set of people would come and pick them up. CW3 identified the location of the trailer park on Google Maps where they were housed, which is just north of Naco, Sonora.

21. After arriving in Lexington, KY, CW3 stated BAYONA would charge several fees in addition to the debts that were owed for crossing into the U.S. CW3 stated BAYONA charges people to find work, transportation to and from work, and rent, among other fees. Additionally, BAYONA takes other victim's paychecks and cashes them, leaving them with no money. CW3 told agents of a time when he used some of his pay to purchase new clothes. When BAYONA saw the new clothing, he was angry and charged CW3 $100 as a fee for buying his own clothes. CW3 stated other victims were charged even more than CW3.

22. CW3 observed BAYONA with two different notebooks (one opening from the top and another opening from the side like a book). BAYONA used one notebook when he would collect the additional fees and another when he would come to collect the original debts and interest. This corroborates information received from CW2 who stated BAYONA has two different notebooks utilized to separate fees and debts from his victims.

23. CW3 stated BAYONA never takes CW3's paycheck because he gets paid in cash. Until shortly before speaking with law enforcement, CW3 gave BAYONA most of his pay (approximately $800-$900 USD) so that he could repay his debt quicker. When CW3 realized he was not going to be able to repay his debt with all the added fees and interest, he stopped giving BAYONA most of his pay.

24. On Saturday, July 1, 2023, BAYONA came by CW3's residence at the time (the PREMISES) to collect his fees and debt. CW3 stated he gave BAYONA $200, which is less than he's given him in the past, and BAYONA was upset. The following day BAYONA returned to CW3's residence and threatened him with violence if he did not pay BAYONA, and further stated was going to have his contacts in the Mexican Mafia kill CW3's family in Mexico. BAYONA kept gesturing towards his hip as if he was reaching for a gun. CW3 stated he did not see a firearm, but BAYONA continued to motion as if he was going to use a gun if CW3 didn't pay him. CW3 stated BAYONA

11

was driving the aforementioned Chevrolet Malibu during this incident. CW3 stated BAYONA was known to carry a handgun and made it known to his victims that he had one. CW3 knew of another victim who BAYONA threatened with his handgun when they attempted to stand up for a friend who was getting charged higher fees than others.

25. After the incident CW3 reported on July 2, 2023, law enforcement attempted to make contact with CW3 on Thursday, July 6, 2023, for follow up questions. CW3 was not at his residence, but BAYONA's brother, Jose BAYONA, was there. CW3 stated he never met Jose BAYONA, nor does Jose BAYONA live at the PREMISES. Additionally, CW3 stated Jose BAYONA never went to the trailer and did not have a reason to be there. Jose BAYONA never collected money or conducted business on Serafin BAYONA's behalf. CW3 stated he did not because he does the same thing as Serafin BAYONA and has victims of his own.

26. CW3's wife and other family members, who are in Mexico, have received threatening phone calls from unknown individuals that are connected to BAYONA. CW3 stated on Thursday, July 6, 2023, BAYONA took CW3's brother-in-law's car, a white Ford Mustang, because BAYONA thought he was going to try and run away. Later that night, his brother-in-law, his girlfriend, and his cousin managed to leave and are currently in hiding. CW3 provided a recording sent to him on Saturday, July 8, 2023, from his niece, who is still in Mexico. In the recording, the young child was speaking Spanish and can be heard to say among other comments:

> "Uncle, I'm very scared because Serafin is going to kill us… We don't have anywhere to go."

CW3 stated his niece and two other family members fled to a neighboring city and stayed at a hotel, hiding from the individuals threatening them. The same day the recording was sent, CW3 was contacted by Martinez who told him BAYONA and three others went to the PREMISES on

Loudon to look for him. CW3 stated he never went back to the PREMISES and was staying with someone from work and felt safe for the time being. In the time following CW3 leaving the trailer, CW3 encountered BAYONA in a public business where BAYONA told CW3 if he didn't continue to pay his debts BAYONA would have him kidnapped. In October 2023, CW3 managed to relocate to an out of state location without detection by BAYONA.

27. CW3 stated BAYONA primarily communicates through WhatsApp phone calls since most of the people he communicates with have phone numbers from Mexico. CW3 provided BAYONA's phone number as (503) 869-4625, the same number identified by CW2. BAYONA communicates threats to victim's families through his people in Mexico, including family of BAYONA in Mexico who maintain documents of all BAYONA's victims.

28. Additional victims, CW4 and CW5 spoke with agents after they fled 330 Santa Fe Court, Lexington, KY. CW4 and CW5 stated they were held in the garage of the residence against their will along with other individuals brought to the U.S. by BAYONA. During the time CW 4 and CW5 were held at 330 Santa Fe Ct CW4 saw multiple firearms he believed belonged to BAYONA and were stored in BAYONA's bedroom next to his bed. CW4 also noted there were fake identifications for other people kept in BAYONA's bedroom in the dresser under the television. CW4 and CW5 managed to escape and fled out of the state. During their interviews, CW4 and CW5 showed agents video of BAYONA and another female known as Juliana Trinidad BONILLA outside of the out-of-state location where CW4 and CW5 were hiding. The video showed BAYONA and BONILLA standing outside of the white Chevrolet Malibu**.** This occurred on July 11, 2023 (before a GPS tracking device was installed on the vehicle). Since the time of their escape, BAYONA has continued to threaten CW4 and CW5 and their families residing in Mexico. BAYONA's threats have grown increasingly violent. Most recent of the threats BAYONA has texted something to the effect that he no longer wants CW4 and

13

CW5's money, but he wants them to pay with their life. Screenshots of the messages were obtained and again, the number provided by CW4 and CW5 was (503) 869-4625.

29. CW4 and CW5 stated they used BAYONA's services to come from Mexico to the U.S. CW4 and CW5 contracted with BAYONA to pay a group of "Coyotes" to cross the U.S./Mexico border and then transported to Kentucky. Upon arrival in Kentucky BAYONA obtained fake identification papers for CW4 and CW5 and found jobs for them. CW4 worked in a factory in Georgetown, KY called Aichi Forge and CW5 worked at a local hotel in Lexington, the Candlewood Suites. CW4 and CW5 were required to work every day of the week and provide all their checks from working to BAYONA, who cashed the checks at a building identified as Imperio Multi-Services located at 1804 Alexandria Dr, Lexington, KY. After several months of constant work, CW4 told BAYONA he was too tired to continue to work without rest but BAYONA threatened to hurt or kill him and his family if he didn't work to pay off his debt. During the time CW4 worked at Aichi Forge in Georgetown, he knew there were multiple people indebted to Serafin who worked there as well. CW4 provided screen shots of multiple WhatsApp messages from BAYONA threatening him and provided 503-869-4625 as the phone number for BAYONA.

30. In August 2023, BAYONA sent a text stating that if CW4 and CW5 did not pay, BAYONA was going to give the order to kill CW5's parents. On October 11, 2023, the father of CW5 was found deceased from a gunshot wound in Mexico. It is unknown at this time whether this murder was tied to the threats made by BAYONA.

31. CW4 also provided law enforcement with pictures he was required to send to BAYONA of wire transfers to Mexico on BAYONA's behalf. BAYONA would provide victims with cash accompanied with names and account numbers they were to send the money to. BAYONA would send them to a check cashing business and once the wire transfer was completed, BAYONA required the

victims to send him a picture to prove the transaction was completed. The phone number the pictures were to be sent to was (503) 869-4625. Prior to BAYONA utilizing victims to make wire transfers on his behalf, BAYONA used to conduct the transactions himself, the earliest of which seen so far has been August 2019.

32. Subscriber information for the phone number (503) 869-4625 shows the number was activated under a Cricket account registered to Araceli CRUZ, BAYONA's wife/live-in-girlfriend. The activation date was June 25, 2019 and is still currently active. Although BAYONA has been known to utilize several other phone numbers to mask criminal activity, BAYONA is known to primarily use this phone number.

33. During this investigation, BAYONA has utilized his phone in furtherance of committing criminal offenses. BAYONA has several cards linked to his Google Pay account, including a Mastercard bearing account number xxxxxxxx9301. As of December 2023, this card was identified as being used to make automatic payments for utilities for three (3) residences in Lexington, KY, known to house victims of the ongoing human trafficking investigation including 2837 Hanna Pl, 1296 Ascot Park, and the PREMISES.

34. Law enforcement has also observed messages containing threats sent to victims from BAYONA using the mobile application WhatsApp. These threats were translated from Spanish to English and stated "no matter where you or your family go I will find them", "I am going to take away what you care about most", "too bad you didn't think about your kids", and "prepare yourself because there is going to be nowhere for you to hide, not even your family in Mexico".

35. BAYONA, via third-party application WhatsApp, also sent pictures of identification cards and account numbers to which victims were ordered to send trafficking proceeds BAYONA collected from victims to contacts in Mexico on BAYONA's behalf. Over the course of a two (2)

month timeframe (05/03/2023-07/02/2023) BAYONA exchanged a total of 8203 messages utilizing a third-party data messaging application.

36. Phone records also show BAYONA has contacted a Mexican phone number (52-7721252752), identified as belonging to David CRUZ, 63 times over the course of a month timeframe (05/13/2023-06/21/2023). Victims of BAYONA have positively identified Daniel CRUZ by name and photo as the main coyote they dealt with during their crossing at Naco, Sonora. David CRUZ has had direct contact with the known leader of the Nasario Alien Smuggling Organization (ASO) that oversees illegal border crossing in the Naco, Sonora area. Multiple victims have stated to law enforcement they used the password "Nasario" during their crossing of the border to the coyotes assisting them in crossing.

37. Confidential Witness #6 (CW6) was interviewed on April 2, 2024 concerning BAYONA. CW6 stated he used BAYONA's services to enter the U.S. through Naco, Sanora, Mexico in or about late 2022. After crossing into the U.S. CW6 stayed briefly outside of Phoenix, AZ before being transported to Lexington, KY. CW6 stated BAYONA picked him up and took him to 1269 Ascot Park, Lexington, KY where he lived for approximately 8 months. Since CW6's arrival in the U.S. he has had to pay BAYONA most of the money he has earned to pay off the debt and interest BAYONA demands, as well as the other fees and living costs. CW6 was no longer living in a house operated by BAYONA at the time of the interview, but CW6 stated he continues to pay BAYONA. CW6 identified 330 Santa Fe Ct, Lexington, KY as the current residence of BAYONA and his spouse along with their children. 2837 Hanna Pl was also identified as a current location operated by BAYONA for the housing of his victims of human trafficking. As previously indicted by other victims, CW6 stated BAYONA continues to maintain two notebooks which he uses to track the debt and associated fees of everyone he has smuggled into the U.S.

38. CW6 explained that BAYONA purchases many vehicles for well below market value and then resells them to the people he has smuggled into the U.S. According to CW6, BAYONA sells cars to victims to make a profit, as he charges significantly more than the amount he paid for them, but also as another way to keep them in debt to him. This has been corroborated by law enforcement through surveillance at 330 Santa Fe Ct, Lexington, KY where a significant number of different vehicles have been seen since October 2023 through April 2024. Specifically on October 17, 2023, five vehicles were parked next to 330 Santa Fe Ct.

39. CW6 recalled he had been threatened by BAYONA on at least three different occasions since coming to the U.S. CW6 stated on two different occasions he began to argue to BAYONA concerning his debt and BAYONA threatened to harm him if he didn't continue to pay him. On the two occasions mentioned CW6 stated BAYONA took out a handgun and put it to CW6's head. BAYONA threatened to hurt CW6 or his family in Mexico if he didn't pay him his money. CW6 also stated that BAYONA always carried the gun with him and liked to use it intimidate those he helped come to the U.S. BAYONA carries the handgun in a shoulder bag along with large amounts of cash he has collected from other victims.

40. Cell site location data from July-December 2023 showed that BAYONA was consistently in the area of many of the residences where victims are being housed. Most commonly the cell site location placed BAYONA near Santa Fe Ct, Hanna Pl, Imperial trailer park (the location of the PREMISES), and Ascot Park, all of which were identified previously by victims as locations used by BAYONA. According to the cell site location data, BAYONA appeared to spend most nights in the area of Santa Fe Ct, which is consistent with previous statements that BAYONA's primary residence is 330 Santa Fe Ct.

41. On April 30, 2024, law enforcement officers located BAYONA at the PREMISES based on cell site location data. A white Chevrolet Malibu, previously identified, was parked in front of trailer #41 and BAYONA was witnessed leaving trailer #H41 and entered the white Malibu. BAYONA then drove to Santa Fe court in Lexington where he was stopped by law enforcement officers and arrested based on the criminal complaint signed on April 25, 2024. BAYONA was arrested and, during the search of his person, was found to have a large amount of bulk cash in his right pocket. During the arrest, BAYONA confirmed to officers his identity. In plain view on the front seat of the vehicle driven by BAYONA, law enforcement officers saw three notebooks consistent with the notebooks described by the CWs interviewed and described previously. Also noted in the center console of the vehicle was BAYONA's phone, and BAYONA identified it as his phone when he asked law enforcement if he could retrieve it. The phone is further believed to be BAYONA's phone as cell site location obtained using BAYONA's phone number is consistent with the location where the cell phone was located.

42. As noted above, the CWs interviewed have identified the PREMISES as a location where BAYONA keeps victims he has arranged to bring to Kentucky from Mexico. CW3 noted above stated he personally lived in the PREMISES after coming to Kentucky from Mexico and lived in the PREMISES with several other people in their same situation. And according to physical surveillance and cell site location data, BAYONA visits the PREMISES regularly, including as recently as this morning.

## II.  CONCLUSION

42. Based upon the facts set forth herein, I submit that there is probable cause to search the premises at **115 W Loudon Ave, #H41, LEXINGTON, KY, 40508**, described in Attachment A, and seize the items described in Attachment B.

I swear under penalty of perjury that the foregoing is true.

Respectfully submitted,

/s/ Isaac Robison

Isaac Robison
Special Agent
Federal Bureau of Investigation

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this ___30th___ day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE

19